# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   ALICE DENICE BATTEN                                                                                     Chapter 13
                                                                                                                 Case No.: 08-71013-FJS

   Debtor

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

(Debtor(s) or Creditor(s) name and address)                                                                      (Amount of dividend)

SENTARA MEDICAL GROUP                                                                                            $187.46
5555 GREENWICH RD STE 501
VIRGINIA BEACH, VA 23462


Date: March 10, 2011                                    /s/ Michael P. Cotter
                                                        _____
                                                        Michael P. Cotter
                                                        Chapter 13 Standing Trustee
                                                        870 Greenbrier Circle, Suite 402
                                                        Chesapeake, VA  23320
                                                        (757) 961-3000